**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6567**

---

JEFFREY LEE HALL,

Plaintiff - Appellant,

versus

TIM BARBOUR, Lieutenant Colonel, Assistant
Superintendent; KIMBERLY K. ROYAL; TIMOTHY
LIGHTBOURNE, Correctional Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-01-236-AM)

---

Submitted: June 21, 2001          Decided: July 5, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeffrey Lee Hall, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Lee Hall appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hall v. Barbour</u>, No. CA-01-236-AM (E.D. Va. filed Mar. 26, 2001; entered Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2